Alex Terepka (SBN 288243)
alex@wtlaw.com
Megan Cambre (*pro hac vice*)
mcambre@wtlaw.com
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorneys for Plaintiff EvenUp, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVENUP INC.,<br><br>Plaintiff,<br><br>v.<br><br>BUTLER LABS, INC. d/b/a EVE LEGAL,<br><br>Defendant. | Case No: 3:25-cv-08199-KAW<br><br>**MOTION TO WITHDRAW** |

COMES NOW Megan E. Cambre of the law firm of Watstein Terepka LLP, and hereby moves to withdraw as counsel for EvenUp, Inc. Undersigned is moving to new employment. EvenUp will continue to be represented by Alex Terepka of Watstein Terepka LLP. EvenUp has been notified of this change. No other parties have appeared in this action.

DATED: October 10, 2025

/s/ *Megan E. Cambre*
Alex Terepka (SBN 288243)
alex@wtlaw.com
Megan Cambre (*pro hac vice*)
mcambre@wtlaw.com
**WATSTEIN TEREPKA LLP**
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 839-3317

*Attorneys for Plaintiff EvenUp, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October 2025, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing upon counsel of record.

/s/ *Megan E. Cambre*