AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California, Oakland Division

EVENUP INC.

Plaintiff (s),

V.

BUTLER LABS, INC. d/b/a EVE LEGAL

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 4:25-cv-08199-YGR

Notice is hereby given that, subject to approval by the court, Butler Labs, Inc. (Party (s) Name) substitutes Ellen Leonida (Name of New Attorney), State Bar No. 184194 as counsel of record in place of Jeremy Todd Elman, Justin Jeremy Fields, Philip W. Woo; Duane Morris LLP (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Sideman & Bancroft LLP

Address: One Embarcadero Center, Twenty-Second Floor, San Francisco, CA 94111

Telephone: (415)392-1960 Facsimile (415) 392-0827

E-Mail (Optional): eleonida@sideman.com

I consent to the above substitution.

Date: 9/22/2026

Theo Arnold

(Signature of Party (s))

I consent to being substituted.

Date: 9/22/2026

Philip Woo

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 9/22/2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 24, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**